**Monte Decarlos WINSTON,
Petitioner–Appellant,**

v.

**Patricia R. STANSBERRY,
Respondent–Appellee.**

No. 11–7429.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 26, 2012.

Decided: April 30, 2012.

Monte Decarlos Winston, Appellant Pro Se. Debra J. Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before GREGORY, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monte Decarlos Winston, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2011) petition and denying his Fed.R.Civ.P. 59(e) motion to amend or alter that judgment. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *See Winston v. Stansberry*, No. 3:10–cv–00631–REP, 2011 WL 2693383 (E.D.Va. July 11, 2011) & (Sept. 26, 2011). Further, we deny Winston's motion for summary judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*